## Criminal Calendar

**Before Judge Sandra L. Townes, U.S.D.J.**

Date: _3/9/09_                                    Time: _2:20 - 2:30_

DOCKET NUMBER: _09 CR 40 (SLT)_

DEFENDANT'S NAME: _Rasheed Freeman_
            _X_Present ___ Not Present _X_ In Custody ___ Bail

DEFENSE COUNSEL: _Len Kamdang_
            _X_Legal Aid ___CJA ___Retained

AUSA(s): _Todd Kaminsky_                Deputy Clerk: _Veronica Frullo_

INTERPRETER: _____ (Language)

COURT REPORTER/ESR _Burt Sulzer_

**X** Case called for:

____ Arraignment:

__ Defendant's first appearance. ____ Defendant arraigned on the indictment.

__ Defendant informed of rights.

__ Defendant entered NOT GUILTY PLEA to ALL counts of the indictment.

_X_ Status Conference:

_X_ Order of Speedy Trial entered. Code Type _XC_ Start _3/9/09_ Stop _3/24/09_.

_X_Status conference set for _3/24/09_ @ _2:30_ Before Judge Townes

__ Pretrial conference set for _____ @ _____ Before Judge Townes

____ Bail Hearing:

__ Defendant was released on _____ PRB with / without some conditions.

__ Bail application was denied. The Order of Detention previously entered is continued with leave to
    reapply to a Magistrate Judge, or, to the District Court Judge to whom this case is assigned.

OTHERS: Legal Aid counsel, Mr. Kamdang, makes an application to be relieved. The Court grants the application. CJA counsel on duty, Kafahni Nkrumah (present), is appointed as counsel to the deft.