MJF:TDK
F.#2009R00052

★ APR 17 2009 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

RASHEED FREEMAN,

              Defendant.

- - - -                 - - -X

S U P E R S E D I N G
I N D I C T M E N T

Cr. No. 09-040 (S-1)(SLT)
(T. 18, U.S.C.,
§§ 924(c)(1)(A)(i),
924(c)(1)(A)(ii),
2113(a), 2113(d)
and 3551 et seq.)

THE GRAND JURY CHARGES:

### COUNT ONE
(Bank Robbery)

On or about January 9, 2009, within the Eastern District of New York, the defendant RASHEED FREEMAN did knowingly and intentionally take by force, violence and intimidation, from the person and presence of employees of TD Bank, 188-10 Hillside Avenue, Queens, New York, money in the care, custody, control, management and possession of said bank, the deposits of which were insured by the Federal Deposit Insurance Corporation, and in the commission of this offense did put in jeopardy the life of a person by the use of a dangerous weapon, to wit: a firearm.

(Title 18, United States Code, Sections 2113(a), 2113(d) and 3551 et seq.)

<u>COUNT TWO</u>
(Unlawful Use of Firearm)

On or about January 9, 2009, within the Eastern District of New York, the defendant RASHEED FREEMAN did knowingly and intentionally use and carry a firearm during and in relation to a crime of violence, to wit: the crime charged in Count One, and did knowingly and intentionally possess a firearm in furtherance of such crime of violence.

(Title 18, United States Code, Sections 924(c)(1)(A)(i), 924(c)(1)(A)(ii) and 3551 <u>et</u> <u>seq</u>.)

A TRUE BILL

_____
FOREPERSON

_____
BENTON J. CAMPBELL
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F. #2009R00052
FORM DBD-34
JUN. 85

No. _____

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

vs.

*Rasheed Freeman,*

Defendant.

# SUPERSEDING INDICTMENT

(T. 18, U.S.C., §§ 924(c)(1)(A)(i), 924(c)(1)(A)(ii), 2113(a), 2113(d) and 3551 et seq.)

*A true bill,*

_____
Foreman

Filed in open court this _____ day,

of _____ A.D. 20 _____

_____
Clerk

Bail, $ _____

*Todd Kaminsky, Assistant U.S. Attorney (718-254-6367)*

# INFORMATION SHEET

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

1. Title of Case: **United States v. Rasheed Freeman**
2. Related Magistrate Docket Number(s): M-00-0021

3. Arrest Date: **1 /09/09**
4. Nature of offense(s):  ☒  Felony
   ☐  Misdemeanor

5. Related Cases - Title and Docket No(s). (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules):   None

6. Projected Length of Trial:   Less than 6 weeks   (X)
   More than 6 weeks   ( )

7. County in which crime was allegedly committed: Queens
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Has this indictment/information been ordered sealed?   ( ) Yes  (X) No

9. Have arrest warrants been ordered?   ( ) Yes  (X) No

BENTON J. CAMPBELL
UNITED STATES ATTORNEY

By: _____
Todd Kaminsky
Assistant U.S. Attorney
718-254-6367

Rev. 3/22/01