

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

TDK
F.#2009R00052

*271 Cadman Plaza East*

*Brooklyn, New York  11201*

May 1, 2009

**VIA MAIL and ECF**

Kafahni Nkrumah, Esq.
116 West 111 Street
New York, New York 10026

       Re:  United States v. Rasheed Freeman
            Criminal Docket No. 09-040 (S-1) (SLT)

Dear Mr. Nkrumah:

     Pursuant to the government's obligation to produce exculpatory material or information under Brady v. Maryland, 373 U.S. 83 (1963), please find enclosed a report documenting an interview with Ashminie Ramdatt, a customer service representative employed at TD Bank, from January 9, 2009.

     The government will continue to provide you with any other such material as it comes into the government's possession.

     Please contact me with any questions.

                     Very truly yours,

                     BENTON J. CAMPBELL
                     United States Attorney

          By:  _____/S_____
              Todd Kaminsky
              Assistant United States Attorney
              (718) 254-6367

Enclosures

CC:  Clerk of Court (SLT) (w/o enclosures)