

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

TDK
F.#2009R00364

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 8, 2009

By Mail and ECF

Kafahni Nkrumah, Esq.
116 W. 111th Street
New York, NY 10026

      Re:  United States v. Rasheed Freeman,
           Criminal Docket No. 09-040 (SLT)

Dear Mr. Nkrumah:

    Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, please find enclosed with this letter additional discovery in the above-referenced matter.  This disclosure supplements the government's previous disclosure of February 18, 2009.

Defendant's Medical Records

    Please find enclosed medical records relating to the treatment of the defendant after his arrest on January 9, 2009, Bates-numbered 18 to 27.

    If you have any questions or further requests, please do not hesitate to contact me.

                            Very truly yours,

                            BENTON J. CAMPBELL
                            United States Attorney

                            _____/s_____
                            Todd Kaminsky
                            Assistant United States Attorney
                            (718) 254-6367

CC:  Clerk of Court (SLT)

2