

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

TDK
F.#2009R00364

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 16, 2009

By Mail and ECF

Kafahni Nkrumah, Esq.
116 W. 111th Street
New York, NY 10026

        Re: United States v. Rasheed Freeman,
             Criminal Docket No. 09-040 (SLT)

Dear Mr. Nkrumah:

      Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, please find enclosed with this letter additional discovery in the above-referenced matter. This disclosure supplements the government's previous disclosures of February 18, 2009 and June 8, 2009.

911 Recordings

      Please also find enclosed recordings of three calls made to 911 operators and recordings of police radio activity on January 9th, 2009, regarding the robbery of the TD Bank at 188-10 Hillside Avenue in Queens.

The Defendant's Alibi Defense

      The government hereby renews its demand for written notice of the defendant's intention, if any, to claim an alibi defense. The government demands written notice of the specific place the defendant claims to have been at the time of the offense and the name, address, and telephone number of each alibi witness on whom the defendant intends to rely.

If you have any questions or further requests, please do not hesitate to contact me.

Very truly yours,

BENTON J. CAMPBELL
United States Attorney

_____/s_____
Todd Kaminsky
Assistant United States Attorney
(718) 254-6367

CC: Clerk of Court (SLT)