

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

TDK
F.#2009R00364

271 Cadman Plaza East
Brooklyn, New York 11201

June 25, 2009

By Mail and ECF

Kafahni Nkrumah, Esq.
116 W. 111th Street
New York, NY 10026

       Re:  United States v. Rasheed Freeman,
            Criminal Docket No. 09-040 (SLT)

Dear Mr. Nkrumah:

      Please find enclosed material covered by 18 U.S.C. § 3500 for witnesses who may testify at the July 1, 2009 suppression hearing. The government reserves the right to supplement this production with further material up until the time that a witness testifies, as permitted by § 3500. Please also find enclosed a map that the government intends to offer into evidence at the hearing.

      If you have any questions or further requests, please do not hesitate to contact me.

                              Very truly yours,

                              BENTON J. CAMPBELL
                              United States Attorney

                              _____/s_____
                              Todd Kaminsky
                              Assistant United States Attorney
                              (718) 254-6367

CC:  Clerk of Court (SLT)