UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

                                                      CASE NO.: 09 CR 040/SLT

RASHEED FREEMAN, et. al.,

       Defendant.
_____/

July 8, 2009

BY ECF

HON. SANDRA L. TOWNES
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:    United States v. Rasheed Freeman 09 cr 040/SLT

Dear Honorable Court:

    I am writing this letter on behalf of the Defendant, Rasheed Freeman, through counsel, and respectfully requesting that this Honorable Court continue the trial date for the above-captioned case until September 23, 2009. Further, the Defendant, Rasheed Freeman, agrees that the period of time reflected in this continuance is excludable pursuant to 18 USCA §3161(h)(7)(A) from the time period within which trial must commence as set forth in 18 USCA §3161(c)(1).

    In support thereof, counsel states that the expectant DNA evidence, that has not yet been provided to defendant, and the continuing production of discovery by the government to date makes it unreasonable to expect adequate preparation in the statutory time limits.

    I have spoken with Assistant United States Attorney, Todd D. Kaminsky and he consents to the above adjournment.

      WHEREFORE, the Defendant, Rasheed Freeman, respectfully moves this Honorable Court for an Order granting a continuance of this case.

Dated:  July 8, 2009

                                                Respectfully Submitted,

                                                __/s/  Kafahni Nkrumah_____ ,
                                                KAFAHNI NKRUMAH, Esq.
                                                Attorney for Mr. Freeman

                                                KAFAHNI NKRUMAH L.L.P.
                                                116 W. 111th Street
                                                New York, New York 10026
                                                212-864-4445
                                                347-271-3610