**Criminal Calendar**

Before Judge Sandra L. Townes, U.S.D.J.

Date: **7/1/09**                          Time: **11:30 – 1:00**
                                                **1:40 – 3:45**

DOCKET NUMBER: **09 CR 40 (SLT)**

DEFENDANT'S NAME: **Rasheed Freeman**

☒ Present ____ Not Present ☒ In Custody ____ Bail

DEFENSE COUNSEL: **Kafani Nkrumah**

_____ Legal Aid ☒ CJA _____ Retained

AUSA(s): **Todd Kaminsky**
         **Lisa Kramer**                    Deputy Clerk: Veronica Frullo

INTERPRETER: _____ (Language) _____

COURT REPORTER/ESR **Holly Driscoll**

☒ Case called for: **Suppression Hearing**

____ Arraignment:

___ Defendant's first appearance. ____ Defendant arraigned on the indictment.

___ Defendant informed of rights.

___ Defendant entered NOT GUILTY PLEA to ALL counts of the indictment.

____ Status Conference:

___ Order of Speedy Trial entered. Code Type XC Start_____ Stop_____.

___ Status conference set for_____ @ _____ Before Judge Townes_____

___ Pretrial conference set for _____ @ _____ Before Judge Townes_____

____ Bail Hearing:

___ Defendant was released on _____ PRB with / without some conditions.

___ Bail application was denied. The Order of Detention previously entered is continued with leave to
      reapply to a Magistrate Judge, or, to the District Court Judge to whom this case is assigned.

OTHERS: **The Court denies D's motion to suppress ID evidence.**
**The Court finds Independent basis for Gaines' limited I.D.**
**The Court denies D motion to suppress physical**
**evidence is denied.**