

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

TDK
F.#2009R00364

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

July 30, 2009

By Mail and ECF

Kafahni Nkrumah, Esq.
116 W. 111th Street
New York, NY 10026

        Re:  United States v. Rasheed Freeman,
            Criminal Docket No. 09-040 (SLT)

Dear Mr. Nkrumah:

    Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, please find enclosed with this letter additional discovery in the above-referenced matter.  This disclosure supplements the Government's previous disclosures of February 18, June 8, June 16, July 9, July 16, and July 21, 2009.  Please note that the DNA reports you requested in your letter dated July 8, 2009, are enclosed.

Parole Records

    Please find enclosed records provided by the New York State Division of Parole detailing parole hearings conducted during the defendant's previous incarcerations.  This material is Bates-numbered 176 to 205.

Statements of the Defendant

    Please find enclosed two compact discs containing recorded phone calls made by the defendant during his incarceration at the Metropolitan Detention Center in Brooklyn.  These recordings span the period from January 10 to May 26, 2009.  This material is Bates-numbered 206 to 207.

Photographs

    Please find enclosed a compact disc containing recently taken photographs of the area surrounding the scene of the defendant's arrest, in Hollis, Queens.  This material is Bates-numbered 208.

DNA Reports

      Please find enclosed copies of two reports issued by the New York City Office of the Chief Medical Examiner detailing the results of the DNA testing done in this case. This material is Bates-numbered 209 to 215.

      If you have any questions or further requests, please do not hesitate to contact me.

      Very truly yours,

      BENTON J. CAMPBELL
      United States Attorney

      _____/s_____
      Todd Kaminsky
      Assistant United States Attorney
      (718) 254-6367

CC: Clerk of Court (SLT)