

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

TDK
F.#2009R00052

*271 Cadman Plaza East*

*Brooklyn, New York  11201*

September 11, 2009

**VIA HAND and ECF**

Kafahni Nkrumah, Esq.
116 West 111 Street
New York, New York 10026

        Re:  United States v. Rasheed Freeman
              Criminal Docket No. 09-040 (S-1) (SLT)

Dear Mr. Nkrumah:

      Pursuant to the government's disclosure obligations, we write to make you aware of a factual error contained in the New York City Police Department ("NYPD") Property Clerk's Invoice P137806 (attached to this letter), which identifies property recovered from the defendant.  In particular, item number four, described as "Gray Sweatpants W/Red Stains," was not removed from the defendant's person subsequent to his arrest.  Rather, the sweatpants were discovered by a member of the NYPD in the yard of a house in close proximity to the bank shortly after the defendant's arrest.

      The government will continue to provide you with any other such material as it comes into the government's possession.

                          Very truly yours,

                          BENTON J. CAMPBELL
                          United States Attorney

               By:  _____
                      Todd Kaminsky
                      Assistant United States Attorney
                      (718) 254-6367

Enclosures

CC:  Clerk of Court (SLT) (w/o enclosures)