UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

                                                                        CASE NO.: 09 CR 040/SLT

RASHEED FREEMAN,

       Defendant.

_____/

**MR. FREEMAN'S RESPONSE TO PRE-SENTENCE REPORT**

January 20, 2010

Mr. Michael Dorra

Senior U.S. Probation Officer

United States Probation Office

147 Pierpont Street

Brooklyn, NY 11201

             RE: Rasheed Freeman

                Case No. 09 CR 040/SLT

Dear Mr. Dorra:

      After reviewing the presentence report (PSR) with Mr. Freeman, I make the following objections, corrections or comments on his behalf:

      1.  On page seven (paragraph 37), Mr. Freeman corrects the probation officers' summary as to the reason why he left Phoenix House.  Mr. Freeman states that he left the program because

Mr. R. Freeman

Psr response, pg. 2 (cont.)

he was placed in a drug rehabilitation center for drug rehabilitation, when he has never had a drug problem.

  2. On page eight (paragraph 38) Mr. Freeman comments and corrects the probation officers' 'summary' of Mr. Freeman's infraction received on May 26, 1997. Mr. Freeman was charged with assaulting another inmate, not an "attempted assassination" as described by the officer in Mr. Freeman's psr report. Mr. Freeman states that he was protecting himself from an attack by the other inmate involved in this incident.

                Respectfully submitted,

                _____/s/ Kafahni Nkrumah_____ ,

                KAFAHNI NKRUMAH, Esq.

                Attorney for Mr. Rasheed Freeman

Cc:  by ECF and MAIL

Mr. TOOD KAMINSKY, Esq.

Assistant U.S. Attorney

Mr. MICHAEL DORRA

Senior United States Probation Officer