## Criminal Calendar for Trial

**Before Judge Sandra L. Townes, U.S.D.J.**

Date: 10/1/09                                   Time: 9:30 - 3:30

DOCKET NUMBER: 09CR40 (SLT)

DEFENDANT'S NAME: Rasheed Freeman
   X Present ___ Not Present  X In Custody ___ Bail

DEFENSE COUNSEL: Kafahni Nkrumah
   ___ Legal Aid  X CJA  ___ Retained

AUSA(s): Lisa Kramer, Todd Kaminsky          Deputy Clerk: Veronica Frullo

INTERPRETER: _____ (Language) _____

COURT REPORTER/ESR: Fred Guerino

**✱** Case called.

___ Counsel for all sides present.            ___ Counsel for _____ not present.

___ Jury selection ordered and begun.         ___ Voir dire began.

___ Jury selected.   ___ Jury sworn.          ___ Trial ordered and begun.

___ Government opens.                         ___ Defense Opens.

___ Evidence entered and testimony heard.     ___ Trial continued to _____.

X Government closes.                          X Defense closes.

X Jury charged.                               X Jury deliberates.

**VERDICT:**

___ Defendant continued on bail.              X Defendant to remain in custody.

___ Defendant remanded pending sentencing.

X Sentencing is set for _____ @ _____.

NOTES: Jury reaches a verdict of guilty to Counts 1 + 2 of the Indictment. Jury polled.